IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OLIVER FERNANDO POLANCO ALVARADO,

    Petitioner,

v.                                                                  Civ. No. 26-0230-KG-GJF

WARDEN, Torrance County Detention Facility;
MARY DE ANDA-YBARRA, Field Officer Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security,

    Respondents.

## ORDER TO ANSWER AND SHOW CAUSE

This matter is before the Court on Petitioner Alexis Taco-Cunalata's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (Doc. 1) (Petition). Petitioner is detained at the Torance County Detention Facility in Estancia, New Mexico. The Petition, filed by Petitioner's Next Friend and wife Erika Fernanda Maila Ortega, challenges his detention in Immigration and Customs Enforcement (ICE) custody. Petitioner has a pending asylum application before U.S. Citizenship and Immigration Services. (Doc. 1) at 2. He states he was arrested on January 5, 2026 during a mass enforcement operation in Minnesota, and he was transferred to Texas and then to the Torrance County Detention Facility. *Id*. He further states he has not received a bond hearing. *Id.* Petitioner seeks release from immigration detention or, alternatively, an individualized bond hearing. *Id.* at 3.

Having conducted an initial review of the Petition, the Court finds the alleged facts raise a colorable claim for relief. *See Garcia Sanchez v. Noem, et al.*, 25-cv-1219 KG/JFR (concluding

petitioner was detained pursuant to 8 U.S.C. § 1226, rather than 8 U.S.C. § 1225, and ordering Respondents to provide a bond hearing); *Pu Sacvin v. De Anda-Ybarra*, 2025 WL 3187432, at *3 (D.N.M.) (Gonzales, J.) (same); *Danierov v. Noem*, 2026 WL 45288, at *2 (D.N.M.) (Gonzales, J.) (same). The Clerk's Office has electronically served Respondents by Notice of Electronic Filing (NEF) using the Case Management and Electronic Case Filing (CM/ECF) system. (Doc. 3). The United States Attorney's Office (USAO) shall answer the Petition within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted. Petitioner may file an optional reply within seven (7) business days after the answer brief is filed. If the USAO declines to timely respond, the Court may enter a separate order granting relief in accordance with its prior rulings on this issue.

Petitioner also filed an Emergency Motion for Temporary Restraining Order. (Doc. 2) (Motion). The Motion seeks an order enjoining Respondents from transferring Petitioner out of the District of New Mexico. Petitioner has already been transferred multiple times, and the Motion states that further transfers will impact his ability to litigate this habeas case. The Court will grant the Motion to ensure a merits review.

IT IS THEREFORE ORDERED that:

1. The United States Attorney's Office must answer the Petition within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted.

2. If Petitioner wishes to file an optional reply, he must do so within seven (7) business days after the response is filed.

3. The Emergency Motion for Temporary Restraining Order (Doc. 2) is granted, as set forth above.

4. Respondents are enjoined from transferring Petitioner out of New Mexico while these proceedings are pending, or until further order of this Court.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.